ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-04981-DG-PCG

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Freedom Williams, Defendant

was received by me on *(date)* August 15, 2026 .

☑ I personally served the summons on the individual at *(place)* 473 Herkimer Street Brooklyn, NY 11213 on *(date)* August 16, 2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________, a person of suitable age and discretion who resides there,

on *(date)* __________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________, who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because __________ ; or

☐ Other *(specify):*

My fees are $ 250 00/100 for travel and $ — for services, for a total of $ 250.00 .

I declare under penalty of perjury that this information is true.

Date: __________

[signature]
*Server's signature*

John Titus, Jr.
*Printed name and title*

111 Columbus Pl., Roselle Park, NJ 07204
*Server's address*

RECEIVED
AUG 24 2026
PRO SE OFFICE

Additional information regarding attempted service, etc:

REC'D IN PRO SE OFFICE
AUG 24 '26 PM 12:12

RECEIVED
AUG 24 2026
PRO SE OFFICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-04981-DG-PCG

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Freedom Williams Entertainment, LLC was received by me on *(date)* August 15, 2026.

☑ I personally served the summons on the individual at *(place)* 473 Herkimer Street Brooklyn, NY 11213 on *(date)* August 16, 2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________, who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 16, 2026

[signature]
*Server's signature*

John Titus, Jr.
*Printed name and title*

111 Columbus Pl., Roselle Pk, NJ 07204 (J.T.)
*Server's address*

Additional information regarding attempted service, etc:

REC'D IN PRO SE OFFICE
AUG 24 '26 PM12:11

RECEIVED
AUG 24 2026
PRO SE OFFICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-04981-DG-PCG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Big Mac Entertainment, LLC
was received by me on *(date)* August 21, 2026 .

☒ I personally served the summons on the individual at *(place)* 740 Bella Vita St. Port Neches, TX 77651 on *(date)* 8-21-2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________, a person of suitable age and discretion who resides there, on *(date)* ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify)*:

My fees are $ Ø for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: August 16, 2026

Wesley D Green
*Server's signature*

Wesley D. Green, Process Server, PSC 2597
*Printed name and title*

7825 South Greenwood Dr. Orange, TX 77630
*Server's address*

Additional information regarding attempted service, etc:

REC'D IN PRO SE OFFICE
AUG 24 '26 PM12:11