Docusign Envelope ID: 499792CE-5446-8AB5-832D-B7B3DC76FCB2

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 0 9 2026 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CLIVILLÉS, Plaintiff, -against- FREEDOM WILLIAMS, an individual; FREEDOM WILLIAMS ENTERTAINMENT, LLC; BIG MAC ENTERTAINMENT, LLC; and DOES 1 through 20, Defendants. | Case No. 1:26-cv-04981-DG-PCG<br>PLAINTIFF'S LETTER MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION BASED ON DEFENDANTS' FAILURE TO RESPOND BY COURT-ORDERED DEADLINE (PRO SE) |

September 1, 2026

RECEIVED
SEP 0 9 2026
PRO SE OFFICE

The Honorable Diane Gujarati

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

**Re: Clivillés v. Williams et al., Case No. 1:26-cv-04981-DG-PCG — Plaintiff's Letter Motion for Entry of Temporary Restraining Order and Preliminary Injunction Based on Defendants' Failure to Respond by Court-Ordered Deadline of August 31, 2026**

REC'D IN PRO SE OFFICE
SEP 10 '26 AM8:51

Dear Judge Gujarati,

Plaintiff Robert Clivillés, appearing pro se, respectfully submits this letter motion to bring to the Court's attention that Defendants Freedom Williams, Freedom Williams Entertainment, LLC, and Big Mac Entertainment, LLC have failed to file any response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3) by the Court-ordered deadline of August 31, 2026. Plaintiff respectfully requests that the Court grant the pending Motion as unopposed and enter a Temporary Restraining Order and Preliminary Injunction against all Defendants forthwith.

**I. The Court-Ordered Response Deadline Has Passed Without Any Response**

By Order dated August 17, 2026 (ECF No. 5), this Court directed that Defendants shall file any response(s) to the Motion by August 31, 2026. As of the date of this letter, September 1, 2026, Defendants have filed no response, no opposition, no request for an extension of time, no notice of appearance, and no pro hac vice motion. The CM/ECF docket for Case No. 1:26-cv-04981-DG-PCG reflects no filing by any Defendant or any attorney purporting to appear on any Defendant's behalf as of the close of business on August 31, 2026.

**II. Defendants Were Properly Served**

Defendants were properly served with the Summons, Complaint, and Motion (ECF No. 3) in accordance with this Court's August 17, 2026 Order. Service was completed upon Defendant Freedom Williams individually and Defendant Freedom Williams Entertainment, LLC at 473 Herkimer St., Brooklyn, New York 11213, and upon Defendant Big Mac Entertainment, LLC at 740 Bella Vita St., Port Neches, Texas, by certified mail return receipt requested. Proof of service has been filed on the docket. Defendants have been on actual notice of this action, the pending Motion, and the Court-ordered response deadline. Defendants' failure to respond is not the result of lack of notice.

**III. The Pending Motion Should Be Granted as Unopposed**

It is well established in the Eastern District of New York that where a party fails to respond to a motion by the court-ordered deadline, the Court may treat the motion as unopposed and grant the relief requested. Defendants' complete failure to appear or respond constitutes a concession that they cannot successfully oppose the Motion on the merits.

The merits of the pending Motion are overwhelmingly in Plaintiff's favor. The Motion is supported by the following uncontroverted evidence:

**Signed Contract:** The January 23, 1990 Memorandum of Exclusive Recording Agreement between Cole/Clivillés Music Enterprises and Defendant Freedom Williams, signed by Williams himself, expressly provides that all master recordings belong to Cole/Clivillés Music Enterprises in perpetuity, that the Company has the perpetual worldwide right to use Williams' professional name, and that Williams may not perform using his professional name without the Company's permission. Section 16 expressly entitles Plaintiff to seek injunctive relief for breach.

**Estate Settlement Agreement:** The October 4, 1996 Estate Settlement Agreement between Plaintiff and the Estate of David Cole, signed by Executrix Barbara Warren, expressly recognizes Plaintiff's exclusive right to the commercial use and exploitation of the C+C Music Factory name.

**Fraudulent Trademark Registration:** Defendant Williams obtained USPTO Registration No. 4775972 through false statements to the USPTO in 2014, claiming ownership of a mark referring to two other people, Robert Clivillés and David Cole, whose initials the mark comprises. This registration is the subject of Count III of Plaintiff's Complaint for trademark cancellation pursuant to 15 U.S.C. § 1119.

**Ongoing Willful Infringement:** Defendants released a new commercial recording titled Into The Future under the C+C Music Factory trademark on June 12, 2026, ten days after Plaintiff's public legal warning. This release constitutes willful, deliberate, and ongoing trademark infringement.

**Post-Complaint Enforcement:** After service of the Complaint and the Court's August 17 Order, Defendants used the fraudulently obtained trademark registration to file complaints with Meta/Facebook resulting in the disabling of Plaintiff's personal Facebook account and C+C Music Factory Facebook presence, demonstrating that the harm is ongoing, escalating, and will continue absent court intervention.

**Irreparable Harm:** Plaintiff has suffered and continues to suffer irreparable harm to the reputation, goodwill, and commercial value of the C+C Music Factory brand, including loss of social media presence, streaming revenue, promotional infrastructure, and public identity, harm that cannot be adequately compensated by monetary damages alone.

**IV. All Four Factors for Injunctive Relief Are Satisfied**

Plaintiff satisfies all four requirements for injunctive relief under *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008):

1. **Likelihood of Success on the Merits:** The signed 1990 Agreement, the 1996 Estate Settlement Agreement, the complete Columbia Records and Sony Music commercial discography showing Williams' featured-only status across every release and every territory, Williams' own TTAB admission that he desired to disassociate from C+C Music Factory, and the fraudulent 2014 USPTO application establish Plaintiff's likelihood of success on all nine counts. Defendants have not contested any of this evidence.

2. **Irreparable Harm:** Irreparable harm is presumed in trademark cases involving likely consumer confusion. *Salinger v. Colting*, 607 F.3d 68 (2d Cir. 2010). Defendants' post-Complaint Facebook takedowns demonstrate that harm is ongoing and escalating absent court intervention. No monetary award can restore Plaintiff's audience relationships, social media presence, or brand reputation once permanently associated with Defendants' inflammatory conduct.

3. **Balance of Equities:** Plaintiff created the C+C Music Factory brand in 1990 and has maintained exclusive rights for over thirty-five years. Defendants' claimed interest derives from a trademark registration Plaintiff alleges was obtained through fraud. Enjoining Defendants from using a name that belongs to Plaintiff causes Defendants no legitimate harm. Defendants may continue performing under Freedom Williams' own name.

4. **Public Interest:** The public has a strong interest in accurate brand identification and protection from consumer confusion as to the source of musical performances and recordings. An injunction serves the public interest.

**V. Relief Requested**

For the foregoing reasons, Plaintiff Robert Clivillés respectfully requests that the Court:

Docusign Envelope ID: 499792CE-5446-8AB5-832D-B7B3DC76FCB2

1. Grant Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3) as unopposed based on Defendants' failure to respond by the Court-ordered deadline of August 31, 2026;

2. Enter a Temporary Restraining Order immediately enjoining Defendants Freedom Williams, Freedom Williams Entertainment, LLC, Big Mac Entertainment, LLC, and all persons acting in concert with them from: (a) using the C+C Music Factory name, brand, or trademark in connection with any live performance, recording, distribution, or commercial exploitation; (b) distributing or streaming the recording Into The Future (2026) or any other recording under the C+C Music Factory name; (c) filing additional trademark complaints based on Registration No. 4775972 against Plaintiff's social media accounts, music distribution accounts, or digital platforms; and (d) directing any platform to disable, suspend, or remove Plaintiff's accounts based on the disputed registration pending resolution of this action;

3. Order the cancellation of USPTO Registration No. 4775972 pursuant to 15 U.S.C. § 1119, the Court having independent authority to order cancellation in a civil action involving a registered mark;

4. Schedule a hearing on the Preliminary Injunction at the Court's earliest convenience; and

5. Grant such other and further relief as the Court deems just and proper.

Plaintiff is available for a conference or hearing at the Court's earliest convenience and respectfully urges the Court to act promptly given the ongoing and escalating nature of Defendants' infringing conduct.

Respectfully submitted,

Docusign Envelope ID: 499792CE-5446-8AB5-832D-B7B3DC76FCB2

DocuSigned by:

9F05C1273AB7417...

**Robert Clivillés**

Plaintiff, Pro Se

100 Sunnyside Drive

Yonkers, New York 10705

Dated: September 1, 2026

---

*cc: Freedom Williams, 473 Herkimer St., Brooklyn, NY 11213 (via certified mail)*

*Freedom Williams Entertainment, LLC, 473 Herkimer St., Brooklyn, NY 11213 (via certified mail)*

*Big Mac Entertainment, LLC, 740 Bella Vita St., Port Neches, TX (via certified mail)*

FILING COPY — LETTER MOTION DEFAULT TRO

**FROM:**

Robert Clivillés
100 Sunnyside Drive
Yonkers, New York 10705
Plaintiff, Pro Se

**TO:**

**CLERK OF COURT — PRO SE OFFICE**
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 208
Brooklyn, New York 11201

Case No. 1:26-cv-04981-DG-PCG | Clivillés v. Williams et al. | E.D.N.Y.

9589 0710 5270 3446 0024 75

SOUTH JERSEY NJ 080
3 SEP 2026 PM 7 L

U.S. POSTAGE
FCM LETTER
SICKLERVILLE, NJ
SEP 03, 2026
$6.66
S2324H504515-10
11201

...LED
...K'S OFFICE
...COURT E.D.N.Y.
... 09 2026 ★
...LYN OFFICE