ORIGINAL

Docusign Envelope ID: 79D4B9A9-41AE-802B-83FC-013D019640EE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CLIVILLES, Plaintiff, -against- FREEDOM WILLIAMS, an individual; FREEDOM WILLIAMS ENTERTAINMENT, LLC; BIG MAC ENTERTAINMENT, LLC; and DOES 1 through 20, Defendants. | Case No. 1:26-cv-04981-DG-PCG<br>PLAINTIFF'S LETTER MOTION FOR PERMISSION TO APPEAR BY VIDEO CONFERENCE AT THE OCTOBER 1, 2026 SCHEDULING CONFERENCE |

September 23, 2026

The Honorable Diane Gujarati

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

**Re: Clivilles v. Williams et al., Case No. 1:26-cv-04981-DG-PCG**

Dear Judge Gujarati:

Plaintiff Robert Clivilles, appearing pro se, respectfully submits this letter motion requesting permission to appear by video conference at the scheduling conference presently set for October 1, 2026 at 5:00 p.m. in Courtroom 4B South.

REC'D IN PRO SE OFFICE
SEP 24 '26 AM11:11

Docusign Envelope ID: 79D4B9A9-41AE-802B-83FC-013D019640EE

Plaintiff makes this limited request because he is presently in Florida to be with his daughter during the anticipated birth of his first grandchild. The expected delivery period overlaps directly with the October 1 conference.

Plaintiff is not requesting that the conference be cancelled and does not seek to delay these proceedings. He is fully prepared to participate at the scheduled date and time by video conference and to address all matters the Court wishes to take up.

If the Court determines that an in-person appearance is necessary, Plaintiff respectfully requests, in the alternative, a brief adjournment to a date after October 20, 2026.

## I. GOOD CAUSE FOR PLAINTIFF'S REQUEST

Plaintiff is presently located in Florida to be with his daughter during the anticipated birth of his first grandchild. His daughter's expected delivery period is October 1 through October 20, 2026, directly overlapping with the October 1 scheduling conference.

Plaintiff's permanent address for purposes of this action remains 100 Sunnyside Drive, Yonkers, New York 10705. His presence in Florida is temporary and is based upon this significant and time-sensitive family circumstance.

Plaintiff respectfully seeks to balance that family responsibility with his obligations to this Court. He therefore requests permission to participate remotely rather than miss the conference or unnecessarily delay this action.

Plaintiff remains actively engaged in prosecuting this case and will be fully prepared to address the matters before the Court. Plaintiff will have reliable video-conferencing technology available and will be prepared to connect at least fifteen minutes before the scheduled conference.

## II. REMOTE PARTICIPATION WOULD ALLOW THE CONFERENCE TO PROCEED AS SCHEDULED

Plaintiff understands the importance of complying with the Court's scheduling orders and appearing as directed.

The principal benefit of the requested accommodation is that the October 1 conference can proceed on the date and at the time already selected by the Court, without requiring an adjournment because of Plaintiff's temporary presence in Florida.

Plaintiff therefore respectfully requests permission to appear by video conference as the primary relief rather than an adjournment.

Plaintiff will participate from a quiet and appropriate location, with reliable internet access, camera and audio capability, and will remain available for the entirety of the conference. Plaintiff will comply with any additional procedures or technological requirements directed by the Court.

Permitting Plaintiff to participate remotely would not alter any substantive deadline, interfere with the orderly administration of the conference, or prevent Defendants from addressing any matter properly before the Court.

## III. ALTERNATIVELY, PLAINTIFF REQUESTS A BRIEF ADJOURNMENT

If the Court determines that Plaintiff must appear in person, Plaintiff respectfully requests, in the alternative, that the October 1, 2026 scheduling conference be adjourned to a date after October 20, 2026 convenient to the Court.

Consistent with the Court's Individual Practice Rule I.F, Plaintiff states as follows:

Docusign Envelope ID: 79D4B9A9-41AE-802B-83FC-013D019840EE

1. The conference is presently scheduled for October 1, 2026 at 5:00 p.m.

2. The reason for the alternative adjournment request is Plaintiff's temporary presence in Florida during his daughter's anticipated delivery period of October 1 through October 20, 2026.

3. This is Plaintiff's first request to adjourn the October 1, 2026 scheduling conference.

4. Accordingly, no previous request by Plaintiff to adjourn this conference has been granted or denied.

5. Plaintiff provided notice of this request to William R. Claiborne, Esq., counsel for Defendants, by email on September 22, 2026. As of the filing of this letter, Plaintiff has not received a response indicating whether Defendants consent to or oppose the request.

6. If an in-person appearance is required, Plaintiff respectfully proposes that the conference be rescheduled for October 21, October 22, October 23, or such other date after October 20, 2026 as is convenient to the Court.

Plaintiff would be available to appear in person on any such date selected by the Court.

The alternative adjournment request is made only in the event that the Court determines that Plaintiff's physical presence is required. Plaintiff's preference is to proceed on October 1, 2026 at 5:00 p.m. by video conference, thereby preserving the Court's existing schedule.

## IV. NOTICE TO OPPOSING COUNSEL

Plaintiff provided notice of this request to William R. Claiborne, Esq., counsel for Defendants, by email on September 22, 2026.

Docusign Envelope ID: 79D4B9A9-41AE-802B-83FC-013D019640EE

As of the filing of this letter, Plaintiff has not received a response indicating whether Defendants consent to or oppose the request.

Should Defendants communicate their position before this letter is filed, Plaintiff will accurately advise the Court of that position.

**V. REQUEST FOR RELIEF**

For the foregoing reasons, Plaintiff Robert Clivilles respectfully requests that the Court:

1. Permit Plaintiff to appear by video conference at the October 1, 2026 scheduling conference at 5:00 p.m., through Zoom or such other platform and pursuant to such procedures as the Court directs;

2. Provide Plaintiff with, or direct Plaintiff to obtain, the appropriate video-conference access information sufficiently in advance of the conference so that Plaintiff may appear promptly at the scheduled time;

3. In the alternative, if the Court determines that Plaintiff must appear in person, adjourn the October 1, 2026 scheduling conference to October 21, October 22, October 23, 2026, or another date after October 20, 2026 convenient to the Court; and

4. Grant such other and further relief as the Court deems just and proper.

Plaintiff remains fully committed to the prosecution of this action and to complying with all orders of this Court. Plaintiff appreciates the Court's consideration of this limited request.

Respectfully submitted,

Docusign Envelope ID: 79D4B9A9-41AE-802B-83FC-013D019840EE

Signed by:

9F05C1273AB7417...

**Robert Clivilles**

Plaintiff, Pro Se

100 Sunnyside Drive

Yonkers, New York 10705

Dated: September 23, 2026

---

*cc: William R. Claiborne, Esq. The Claiborne Firm, P.C. via email*