**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

ROBERT CLIVILLES,
Individually,

Plaintiff,

v. Civil Action No. 1-26-cv-04981-DG-PCG

FREEDOM WILLIAMS,
Individually;
FREEDOM WILLIAMS ENTERTAINMENT, LLC,
A New York Limited Liability Company; and,
BIG MAC ENTERTAINMENT, LLC,
A Texas Limited Liability Company,

Defendants.

---

# JOINT PROPOSED BRIEFING SCHEDULE

---

COMES NOW PLAINTIFF and DEFENDANTS, as agreed upon between the parties on October 1, 2026, and pursuant to the Court's Individual Practices, the parties respectfully submit this joint proposed briefing schedule for the Defendants' collective Motion to Dismiss:

- **Defendants' Motion to Dismiss:** November 6, 2026
- **Plaintiff's Response/Opposition:** November 27, 2026
- **Defendants' Reply:** December 11, 2026

Respectfully submitted, this 30th day of October, 2026.

**THE CLAIBORNE FIRM, P.C.**

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
410 East Bay Street
Savannah, Georgia 31401

(912) 236-9559 Telephone
(912) 236-1884 Facsimile
will@clabornefirm.com
kim@claibornefirm.com

**LAW OFFICES OF**
**CHARLES F. SCHMITT, PLLC**

/s/ Charlie F. Schmitt
Charles F. Schmitt, Esq.
Florida Bar #: 0012803
12 Broad Street
Statesboro, GA 30458
904-838-5841
Charlie@CharlieSchmitt.com
Charlie.Schmitt@Gmail.com
Counsel to Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served electronically on this30th day of October, 2026 by e-mail to *Pro Se* Plaintiff Robert Clivilles, at robertclivilles@yahoo.com, as well as by First Class U.S. Mail to *Pro Se* Plaintiff Robert Clivilles, 100 Sunnyside Drive, Yonkers, New York 10705.

Respectfully submitted, 30th day of October, 2026.

WILLIAM R. CLAIBORNE